# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 18, 2022

Lyle W. Cayce
Clerk

No. 21-60001
Summary Calendar

WILLY ENOCH MBOBA,

*Petitioner*,

*versus*

MERRICK GARLAND, *U.S. Attorney General*,

*Respondent*.

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A203 564 010

Before SMITH, STEWART, and GRAVES, *Circuit Judges*.

PER CURIAM:*

Willy Enoch Mboba, a native and citizen of the Democratic Republic of Congo (DRC), petitions for review of a decision of the Board of Immigration Appeals (BIA) dismissing his appeal from a decision of the Immigration Judge (IJ) concluding that he was not credible and denying his

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 21-60001

application for asylum, withholding of removal, and relief under the Convention Against Torture.

Now, he argues that he is eligible for asylum and withholding because he was persecuted in the DRC due to his political opinion and has a well-founded fear of future persecution were he to return. He does not meaningfully challenge the credibility determination, which is dispositive of his asylum and withholding claims, and thus has abandoned any challenge he may have had to it. *See Jaco v. Garland*, 24 F. 4th 395, 401 n.1 (5th Cir. 2021); *Chun v. INS*, 40 F.3d 76, 79 (5th Cir. 1994). His failure to present any argument concerning the disposition of his CAT claim likewise results in the abandonment of this claim. *See Jaco*, 24 F. 4th at 401 n.1. Insofar as he raises an ineffective assistance of counsel claim, this court lacks jurisdiction over it because it was not exhausted. *See Martinez-Guevara v. Garland*, 27 F.4th 353, 360 (5th Cir. 2022); *Roy v. Ashcroft*, 389 F.3d 132, 137 (5th Cir. 2004); 8 U.S.C. § 1252(d)(1). The petition for review is DENIED in part and DISMISSED in part for want of jurisdiction.